United States District Court
District of Massachusetts

James Gomes,
      petitioner

Case. No. 1: 05-CV-1174

V

United States of America,
      Respondent

Notice of Appeal

Notice is hereby given pursuant to F.R.A.P. 4 (A), the petitioner, James Gomes, Pro Se, will appeal the dismissal of his 2255 motion by Judge William G. ~~Young~~ Young on June 10, 2005.

Respectfully Submitted

James Gomes

James Gomes #23823-038
FCI Elkton, P.C. Box 10
Lisbon, Ohio 44432

Certificate of Service

To: a copy of this notice of appeal was mailed out a.U.S.A. Donald L. Cabell on June 15, 2005.