UNITED STATES DISTRICT COURT
DISTRICT OF MASSSACHUSETTS

JAMES GOMES,
    PETITIONER

CASE NO. 1-05-cv-1744

V

UNITED STATES OF AMERICA,
    RESPONDENT

REQUEST FOR CERTIFICATE OF APPEALABILITY

    THIS PETITIONER, JAMES GOMES, PRO SE, do here request of this court to grant the petitioner , 28 U.S.C. Sec. 2253; as required that must be sought in the district court according to Local Rule 22.1(b).

    This request for a certificate of appealability is from the court's denial of the petitioner's 2255 motion that was filed on June 10,2005.

RESPECTFULLY SUBMITTED

JAMES GOMES,PRO SE
# 23823-038
FCI ELKTON,P.O.BOX 10
LISBON,OHIO 44432